# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2405
_____

NANCY TYSON,

    Appellant,

v.

PARK MEADOWS HEALTHCARE
AND REHABILITATION CENTER,
LLC, and THE OAKS NH, L.L.C.,

    Appellees.

_____

On appeal from the Circuit Court for Alachua County.
George M. Wright, Judge.

March 26, 2026

PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paul S. Rothstein of Paul S. Rothstein, P.A., Gainesville, for Appellant.

Mark Alan Humphrey and Kelli Biferie Hastings of Humphrey Law Group, Longwood, for Appellee Park Meadows Healthcare and Rehabilitation Center, LLC; Thomas A. Valdez, Megan G. Colter, and Kenneth D. Miranda of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellee The Oaks NH, L.L.C.